UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7560-GW (AJWx) | Date | October 27, 2017 |
|---|---|---|---|
| Title | *Opal Williams v. Wells Fargo Bank, N.A., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present                                   None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 25, 2017, Plaintiff Opal Williams filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for December 7, 2017 at 8:30 a.m.

The parties are advised the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 6, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                                     :

                                                                    Initials of Preparer    JG