UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPAL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: CV 16-7560-GW(AJWx)<br><br>**ORDER ON JOINT STIPULATION RE: DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |

| | |
|---|---|
| 1 | The Court, having read and considered the Joint Stipulation for |
| 2 | Dismissal pursuant to settlement, and finding good cause, hereby orders as follows: |
| 3 |     1. The case is dismissed in its entirety, with prejudice. |
| 4 | IT IS SO ORDERED. |

DATED: December 22, 2017

*[signature: George H. Wu]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE